IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

GREGORIO WAJERA                          §

VS.                                      §          CIVIL ACTION NO. 1:21-CV-430

WARDEN FNU NORSWORTHY, *et al.*,         §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Gregorio Wajera, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Warden FNU Norsworthy and Assistant Warden Kevin Smith.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this case pursuant to Federal Rule of Civil Procedure 41(a) (Doc. # 4).[1]

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[2]

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] This case was originally referred to former Magistrate Judge Keith Giblin who retired in August of 2020. Magistrate Judge Zack Hawthorn entered the above-referenced Report and Recommendation on September 8, 2021 (Doc. # 4). This case was then referred to Magistrate Judge Christine Stetson on September 15, 2021 (Doc. # 5).

[2] Plaintiff received a copy of the Report and Recommendation on September 15, 2021 (Doc. # 6).

in accordance with the magistrate judge's recommendations.

**SIGNED this 14th day of February, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge